<h1 style="text-align:center">JS-6</h1>

<h2 style="text-align:center">UNITED STATES DISTRICT COURT</h2>
<h2 style="text-align:center">CENTRAL DISTRICT OF CALIFORNIA</h2>

| | |
|---|---|
| FERMINA LUIS DIAZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation,<br><br>Defendants. | Case No: 2:22-CV-02228-SPG-JEM<br><br>District Judge: Sherilyn Peace Garnett<br>Magistrate Judge: John E. McDermott<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, each side to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATE: June 27, 2023              By: _____

HON. SHERILYN PEACE GARNETT

UNITED STATES DISTRICT JUDGE